Case 4:17-cr-00042-RAJ-RJK   Document 1   Filed 04/12/17   Page 1 of 5 PageID# 1



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| UNITED STATES OF AMERICA | ) CRIMINAL NO. 4:17cr42 |
|---|---|
| | ) |
| v. | ) **FILED UNDER SEAL** |
| | ) |
| EBONIE SHANEE WILLIAMS, | ) 18 U.S.C. § 1014 |
| | ) False Statement on Loan Application |
| Defendant. | ) (Counts 1-4) |
| | ) |
| | ) 18 U.S.C. § 1028A |
| | ) Aggravated Identity Theft |
| | ) (Counts 5-8) |
| | ) |
| | ) 18 U.S.C. § 982(a)(2) |
| | ) Asset Forfeiture |

## INDICTMENT

April 2017 TERM - at Newport News, Virginia

### COUNTS ONE-FOUR

THE GRAND JURY CHARGES THAT:

1. On or about the dates set forth herein, in the Eastern District of Virginia, EBONIE SHANEE WILLIAMS, the defendant herein, knowingly made a false statement for the purpose of influencing the action of the Virginia Credit Union, a Federal credit union, and Langley Federal Credit Union, a Federal credit union, in connection with the loan applications described herein, in that the defendant falsely represented that her Social Security Number was \*\*\*-\*0-9662, when in truth and in fact, as the defendant well knew, her Social Security Number was \*\*\*-\*6-0510:

| Count | Date of Transaction (on or about) | Description/Purpose of Transaction |
|---|---|---|
| 1 | July 31, 2015 | |

| | | The defendant entered into a loan agreement with the Virginia Credit Union to obtain a Mastercard credit card and represented on the Master Application that her Social Security Number was ****0-9662. |
|---|---|---|
| 2 | August 10, 2015 | The defendant entered into a loan agreement with the Virginia Credit Union to obtain a personal line of credit and represented on the Master Application that her Social Security Number was ****0-9662. |
| 3 | August 19, 2015 | The defendant entered into a loan agreement with the Virginia Credit Union to obtain an auto loan and represented on the Master Application that her Social Security Number was ****0-9662. |
| 4 | September 8, 2015 | The defendant entered into a loan agreement with the Langley Federal Credit Union and represented on the Master Application that her Social Security Number was ****0-9662. |

(In violation of Title 18, United States Code, Section 1014).

## COUNTS FIVE-EIGHT

THE GRAND JURY FURTHER CHARGES THAT:

1. On or about the dates set forth herein, in the Eastern District of Virginia, EBONIE SHANEE WILLIAMS, the defendant herein, did unlawfully, knowingly and intentionally transfer, possess and use, without lawful authority, a means of identification of another during and in relation to felony violations of provisions contained in Chapter 47 of Title 18, to wit: False Statements in Connection with Loan Applications, in violation of Title 18, United States Code, Section 1014, as charged in Counts Five through Eight of this Indictment:

| Count | Date of Transaction (on or about) | Means of Identification | Description/Purpose of Transaction | Felony Violation |
|---|---|---|---|---|
| 5 | July 31, 2015 | Social Security Number ****0- | The defendant entered into a loan agreement | 18 U.S.C. § |

| | | 9662, assigned by the Commissioner of Social Security to Individual A | with the Virginia Credit Union to obtain a Mastercard credit card and represented on the Master Application that her Social Security Number was ****0-9662. (ref. Count 1) | 1014 (ref. Count 1) |
|---|---|---|---|---|
| 6 | August 10, 2015 | Social Security Number ****0-9662, assigned by the Commissioner of Social Security to Individual A | The defendant entered into a loan agreement with the Virginia Credit Union to obtain a personal line of credit and represented on the Master Application that her Social Security Number was ****0-9662. (ref. Count 2) | 18 U.S.C. § 1014 (ref. Count 2) |
| 7 | August 19, 2015 | Social Security Number ****0-9662, assigned by the Commissioner of Social Security to Individual A | The defendant entered into a loan agreement with the Virginia Credit Union to obtain an auto loan and represented on the Master Application that her Social Security Number was ****0-9662. (ref. Count 3) | 18 U.S.C. § 1014 (ref. Count 3) |
| 8 | September 8, 2015 | Social Security Number ****0-9662, assigned by the Commissioner of Social Security to Individual A | The defendant entered into a loan agreement with the Langley Federal Credit Union and represented on the Master Application that her Social Security Number was ****0-9662. (ref. Count 4) | 18 U.S.C. § 1014 (ref. Count 4) |

(In violation of Title 18, United States Code, Section 1028A(a)(1) and (c)).

## FORFEITURE ALLEGATION

THE GRAND JURY FURTHER ALLEGES AND FINDS PROBABLE CAUSE THAT:

1. The defendant, if convicted of the violations alleged in counts one through four of this indictment, shall forfeit to the United States, as part of the sentencing pursuant to Federal Rule of Criminal Procedure 32.2, any property constituting, or derived from, proceeds obtained directly or indirectly, as the result of the violation.

2. If any property that is subject to forfeiture above, as a result of any act or omission of the defendant, (a) cannot be located upon the exercise of due diligence, (b) has been transferred to, sold to, or deposited with a third party, (c) has been placed beyond the jurisdiction of the Court, (d) has been substantially diminished in value, or (e) has been commingled with other property that cannot be divided without difficulty, it is the intention of the United States to seek forfeiture of any other property of the defendant, as subject to forfeiture under Title 21, United States Code, Section 853(p).

   (In accordance with Title 18, United States Code, Section 982(a)(2)).

<u>United States v. Ebonie Shanee Williams</u>
Criminal No. 4:17cr 42

Sealed Pursuant to the
E-Government Act of 2002

A TRUE BILL:

**REDACTED COPY**

_____
FOREPERSON

DANA J. BOENTE
UNITED STATES ATTORNEY

By:  _____(signature)_____
Megan M. Cowles
Assistant United States Attorney